No. 191. WILLUMEIT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Joseph W. Solomon* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 220. COMMON STOCKHOLDERS COMMITTEE OF LONG ISLAND LIGHTING CO. v. SECURITIES & EXCHANGE COMMISSION ET AL.; and

No. 221. GORDON v. SECURITIES & EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Harold G. Aron, Lynne A. Warren* and *Charles B. McGroddy, Jr.* for petitioner in No. 220. *Donald Havens* for petitioner in No. 221. *Solicitor General Perlman, John F. Davis, Roger S. Foster, Harry G. Slater, Solomon Freedman* and *Ellwood L. Englander* for the Securities & Exchange Commission; *Charles G. Blakeslee* and *David K. Kadane* for the Long Island Lighting Co. et al.; and *Milton Pollack* and *Richard F. Wolfson* for the Committee of Preferred Stockholders of the Long Island Lighting Co., respondents. Reported below: 183 F. 2d 45.

No. 249. HALSTED ET AL. v. SECURITIES & EXCHANGE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Harold G. Aron, Lynne A. Warren* and *Charles B. McGroddy, Jr.* for petitioners. *Solicitor General Perlman, John F. Davis, Roger S. Foster, Harry G. Slater, Solomon Freedman* and *Ellwood L. Englander* for respondent.